AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

OCT 11 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

APPLE IPHONE CELLULAR TELEPHONE BEARING
IMEI 358353064119754 AND ZTE GO PHONE
BEARING IMEI 869069023770493

)
)
)
)
)
)

Case No.    17 - 2611 - ADC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized):*

The Apple IPhone cellular telephone bearing IMEI 358353064119754 and the ZTE Go Phone bearing IMEI 8690690237704935, currently in the custody of the Baltimore City Police Department ("BPD"), located at 601 E. Fayette St. Baltimore, Maryland 21202

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1951(a) | Hobbs Act Robbery |

The application is based on these facts:

Please see attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Javon Weaver, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 26 September 2017

City and state:  Baltimore, Maryland

*Judge's signature*

A. David Copperthite, U.S. Magistrate Judge

*Printed name and title*